UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COZY HARBOR SEAFOOD, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTIC SPECIALTY )<br>INSURANCE COMPANY, )<br>)<br>and )<br>)<br>INTERNATIONAL )<br>MARINE UNDERWRITERS, )<br>)<br>Defendants. ) | Civil Action No.   1:16-CV-12066-FDS |

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cozy Harbor Seafood, Inc. voluntarily dismisses without prejudice the above-captioned action against Defendants Atlantic Specialty Insurance Company and International Marine Underwriters.

Dated:  November 15, 2016
        Portland, Maine

Respectfully submitted,

 /s/ Rebecca Gray Klotzle
Rebecca Gray Klotzle, BBO # 682253
CURTIS THAXTER LLC
One Canal Plaza, Suite 1000
P. O. Box 7320
Portland, Maine 04112-7320
(207) 774-9000
Email:  rklotzle@curtisthaxter.com
Attorney for Plaintiff
Cozy Harbor Seafood, Inc.